1                                        HONORABLE ROBERT J. BRYAN

07-CV-05052-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JOLENE ROGERS, | (Civil No. 07-5052 RJB) |
| Plaintiff, | STIPULATION FOR AND ORDER OF DISMISSAL |
| v. | |
| GOOD SAMARITAN COMMUNITY HEALTHCARE and DOES 1-10, inclusive, | (Clerk's Action Required) |
| Defendants. | |

### STIPULATION

Plaintiff Jolene Rogers by and through her attorney, Artis C. Grant, Jr. of Grant & Associates, and defendant Good Samaritan Community Healthcare, by and through its attorneys, Miller Nash LLP and Robert J. Zech, Jr., stipulate that this case may be DISMISSED WITH PREJUDICE and without costs to either party.

| | |
|---|---|
| s/Artis C. Grant, Jr. | s/Robert J. Zech, Jr. |
| Artis C. Grant, Jr. | Robert J. Zech, Jr., WSB No. 17485 |
| GRANT & ASSOCIATES | MILLER NASH LLP |
| 3002 South 47th Street | 601 Union St., Ste. 4400 |
| Tacoma, WA 98409 | Seattle, WA 98101 |
| Telephone: (253) 472-6213 | Telephone: (206) 622-8484 |
| Fax: (253) 473-9695 | Fax: (206) 622-7485 |
| E-mail: agrant@lawdome.com | E-mail: robert.zech@millernash.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATION FOR AND ORDER OF DISMISSAL - 1
(Civil No. 07-5052 RJB)
SEADOCS:278790.1

1 **ORDER**

2

3   Based on the forgoing stipulation, it is hereby ORDERED that this case is

4 DISMISSED WITH PREJUDICE and without costs to either party.

   DATED this 18 day of June, 2007.

5

6

7

   _____
   Honorable Robert J. Bryan
8  US DISTRICT COURT JUDGE

9

10 Presented by:

11

12 s/Robert J. Zech, Jr.
   _____
   Robert J. Zech, Jr., WSB No. 17485
   MILLER NASH LLP
13 601 Union St., Ste. 4400
   Seattle, WA 98101
14 Telephone: (206) 622-8484
   Fax: (206) 622-7485
15 E-mail: robert.zech@millernash.com
   Attorneys for Defendant
16

17 Approved as to form, notice of presentation waived:

18 s/Artis C. Grant, Jr.
   _____
   Artis C. Grant, Jr.
19 GRANT & ASSOCIATES
   3002 South 47th Street
20 Tacoma, WA 98409
   Telephone: (253) 472-6213
21 Fax: (253) 473-9695
   E-mail: agrant@lawdome.com
22 Attorneys for Plaintiff

23

24

25

26

STIPULATION FOR AND ORDER OF DISMISSAL - 2
(Civil No. 07-5052 RJB)
SEADOCS:278790.1